# United States Court of Appeals

## For the Eighth Circuit

_____

No. 20-2188

_____

Donald H. Kimball

*Plaintiff - Appellant*

v.

Altoona Police Dept; Greg Stallman, Chief

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: December 4, 2020
Filed: December 9, 2020
[Unpublished]

_____

Before BENTON, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Donald Kimball appeals the district court's[1] dismissal, under Federal Rule of Civil Procedure 12(b), of his pro se 42 U.S.C. § 1983 action. Having carefully

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

reviewed the record and the parties' arguments on appeal, we find no basis for reversal. *See Montin v. Moore*, 846 F.3d 289, 292 (8th Cir. 2017) (de novo review of Rule 12(b)(6) dismissal). The judgment is affirmed. *See* 8th Cir. R. 47B.

_____